

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

**OFFICE OF THE CLERK**
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 2, 2007

Southern District of Iowa
123 E. Walnut St.
Room 300
P.O. Box 9344
Des Moines, IA 50306-9344

        RE: USA V. Jeffrey Windy
        CASE NO. PEORIA IL: 07-10032

Dear Sir:

    Pursuant to the executed Transfer of Jurisdiction filed in this office on 3/2/07, enclosed please find an original Transfer of Jurisdiction Prob 22 form. To complete our file we would like to request certified copies of:

        1. Information and or Indictment

        2. Judgment and Commitment Order

        3. Docket Sheet

        4. Any Financial Ledgers and or Balances

    I am also enclosing a copy of this letter. Please acknowledge receipt of the above documents and return the copy in the enclosed postage-paid return envelope.

        Very truly yours,

        JOHN M. WATERS, CLERK
        U.S. DISTRICT COURT

        By: s/ S. Marvel
Enclosure(s)        Deputy Clerk
JMW/sm